IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS MICKENS-THOMAS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | NO.  99-6161 |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 3rd day of September, 2009, upon consideration of Petitioner's Motion to Enforce Habeas Corpus Judgment or for Habeas Corpus Relief, and all Responses and Replies filed thereto, it is hereby **ORDERED** that said Motion (Docket No. 85) is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.